RECEIVED USDC
CLERK, CHARLESTON, SC
2026 JUL 21 AM 8:48

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

**BEAUFORT DIVISION**

| | | |
|---|---|---|
| Charles Carter,<br><br>Plaintiff(s),<br><br>v.<br><br>Adora C. Lucas, Stephen Bruce Duncan, and South Carolina Department of Corrections,<br><br>Defendant(s). | ) | Civil Action No. 9:25-cv-12357<br><br>**DEFENDANTS' RESPONSES TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS** |

TO: CHARLES CARTER, #396340, PRO SE PLAINTIFF:

Defendants respond to Plaintiff's Requests for Production pursuant to Rule 34 of the Federal Rules of Civil Procedure as follows:

1. Defendants you will produce- copies of any and all reports, studies, memorandums, and/or other documents developed by SCDC or any outside individual entity regarding safety and security at SCDC correctional facilitys (sic).

**RESPONSE:** **Defendant objects to this request as vague, overly broad, irrelevant, and not reasonably calculated to lead to the discovery of admissible evidence.**

2. Un-redacted version of the (Roth report) its not confidential in relation to mental health settlement.

**RESPONSE:** **Defendant objects to this request as irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. Defendant further objects in line with Defendant's motion for protective order.**



Exhibit-A

3. Kiosk electronically stored messages: bed assignment 25-03883557, investigations 25-03900297, security 25-03905473, investigation 25-03902261, investigation 25-0391164, security 25-03912664, investigations 25-03916391, security 25-03930430, security 25-03939938, legal 25-03993084, legal 25-03995001, grievance 25-04206883 and, security 25-03953833. The production request includes both sending and replys(sic)/responses. Produce these messages.

**RESPONSE: In response to this request, Defendant is producing to Plaintiff the entirety of his kiosk requests and paper requests to staff, bates numbered 11069-D-00001 to 00520 and 11069-E-00001 to 00076.**

4. Grievance #BRCI-0516-25, produce this grievance and disciplinary incident reports 6-26-2025.

**RESPONSE: Defendant objects to this request as vague, compound, seeking irrelevant materials, and not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding that objection and reserving the same, please see the referenced grievance, bates numbered . Further, Defendants have produced the relevant incident report and MIN report.**

5. Produce SCDC operating procedu frison management op 22.47, employees corrective actions A.D.M. 11.04 and attachment 11.06, GA-01.13 grievance sty. Op.22-23 protective custody.

**RESPONSE: Defendant objects to this request in line with Defendant's motion for protective order. Defendant further objects on the basis that Plaintiff has access to these through other means, as outlined in that motion.**

6. Produce any and all SCDC policy and procedures which gaven (sic) instructions on stuff posting on wings. The precdure (sic) when leaving wing and requirements when inmates are not locked down.

**RESPONSE:** **Defendant objects to this request in line with Defendant's motion for protective order. Defendant further objects on the basis that Plaintiff has access to these through other means, as outlined in that motion. Finally, Defendant objects on the basis that this request is vague and compound.**

7. Produce all documents created on 6-26-2025 pretaining (sic) to Plaintiff being stabbed including: all incident reports, emails, medical records photos, reponses (sic), MIN entrys (sic), contraband reports, video footages Monticello Room left side camera 159.2 or 159.82 and 159.9 or 159.99, notes, and or reports to headquarters.

**RESPONSE:** **Defendant objects to this request as vague and compound; however, notwithstanding that objection and reserving the same, please see the relevant incident reports, bates numbered 11069-G-00001 - 00010; medical records, bates numbered 11069-C-00001 – 00301 and 11069-I-00001 - 00093; MIN, bates numbered 11069-F-00001 - 00004; and central inmate record, bates numbered 11069-B-00001 – 00072. To the extent Plaintiff seeks any further materials, Defendant objects that Plaintiff has not specified the same.**

8. Incident reports concerning inmate on inmate assaults in Monticello Dorm prior to 6-26-2025. If you will just produce ~~or create~~ a correct number of assaults in Monticello Dorm.

**RESPONSE:** **Defendant objects to this request as overly broad, vague, compound, not reasonably calculated to lead to the discovery admissible evidence, and seeking irrelevant materials. Defendant further objects in line with Defendant's motion for protective order.**

9. Monticello log sheets, post directives and counts on 6-26-2025.

**RESPONSE: Defendants object to this request as compound; however, notwithstanding that objection and reserving the same, Defendants reserve the right to supplement this response.**

10. Phone call logs outgoing and incoming from Defendant Lucas to contraband, Warden, cert team, investigations, Capt; Sgts, other lieutenants, and any communications between officials at headquarters related to the incident on 6-26-2025.

**RESPONSE: Defendants object to this request on the grounds it is vague and compound. Defendants further object in line with their motion for protective order. Notwithstanding that objection and reserving the same: after good faith inquiry, Defendant is not in possession of responsive material. Defendant reserves the right to supplement this response.**

DAVIDSON & WREN, P.A.

BY: *s/John P. Grimes, Jr.*
WILLIAM H. DAVIDSON, II ID #425
ALEXANDRA E. TONEY ID #14662
JOHN P. GRIMES, JR. ID #13808
1611 Devonshire Drive, Second Floor
Post Office Box 8568
Columbia, South Carolina 29202
wdavidson@dml-law.com
atoney@dml-law.com
(803) 806-8222

*Counsel for Defendants*

Columbia, South Carolina
July 2, 2026