Charles Carter 396340
PCI - D-x12
430 oaklawn rd
Pelzer SC 29669

US POSTAGE PITNEY BOWES
ZIP 29669 $ 002.85[0]
02 4W
0000378425 JUL 14 2026

Clerk of Court
United States District court
p.o. box 835
Charleston SC 29402

RECEIVED USDC
CLERK, CHARLESTON, SC
2026 JUL 21 AM 8:49

LEGAL MAIL